United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-2966

| | | |
|---|---|---|
| Dean Russell Clark, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Harold F. Synstelien, Administrative | * | District of Minnesota. |
| Staff, State of Minnesota Board of | * | |
| Electricity, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: December 2, 1997
Filed: December 16, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.


Dean Russell Clark appeals from the adverse grant of summary judgment by the District Court[1] in his action alleging racial discrimination under Title VII, 42 U.S.C. § 2000e-2(a) (1994), and disability discrimination under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213 (1994). After carefully reviewing

_____

[1]The Honorable Donald D. Alsop, United States District Judge for the District of Minnesota.

the record, we affirm the District Court's judgment.  <u>See</u> 8th Cir. R. 47B.  Appellee's motion to dismiss the appeal is denied as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.